EVAN BURROWS FONTAINE, Respondent, v. CORNELIUS VANDERBILT WHITNEY,

Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.